STATE OF CONNECTICUT *v.* HENRY COLEMAN
(4626)

BORDEN, DALY and BIELUCH, Js.

Argued June 10—decision released July 30, 1987

*Denise Derby,* for the appellant (defendant).

*Christopher Malany,* deputy assistant state's attorney, with whom, on the brief, were *Kevin McMahon,* assistant state's attorney and *William Korey,* legal intern, for the appellee (state).

PER CURIAM. Oral argument in this appeal was held on June 10, 1987. After oral argument, the defendant died. The appeal must, therefore, be dismissed as moot. *State* v. *Grasso,* 172 Conn. 298, 299, 374 A.2d 239 (1977).

The appeal is dismissed.